# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## NORTHERN DIVISION

| | |
|---|---|
| **DONALD K. MOORE,** | REPORT AND RECOMMENDATION |
| **Plaintiff,** | |
| v. | Case No. 1:17-cv-00182-JNP-DBP |
| **UNITED STATES POSTAL SERVICE,** | District Judge Jill N. Parrish |
| **Defendant.** | Magistrate Judge Dustin B. Pead |

This matter was referred to the court pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 6.) On April 26, 2018, the court issued the first Memorandum Decision and Order ("First Order") instructing Plaintiff to cure certain defects contained in the original complaint within thirty (30) days.  (ECF No 7.)  Plaintiff filed an amended complaint on May 29, 2018, as he had been directed to do in the First Order.  (ECF No. 8.)

The amended complaint, even construed liberally, yet again failed to conform to the basic pleading requirements of Fed. R. Civ. P. 8.  In turn, on July 23, 2018, the court issued a second Memorandum Decision and Order ("Second Order") that prompted Plaintiff to file a second amended complaint within twenty (20) days and included specific instructions for Plaintiff to follow in order to comport with the pleading requirements of Fed. R. Civ. P. 8. (ECF No. 9.) Additionally, the court included an admonition that Plaintiff's failure to comply for a third time would result in a recommendation to Judge Parrish that the case be dismissed. (ECF No. 9 at 4.) As of August 28, 2018, Plaintiff did not respond to the court's Second Order or file a second amended complaint.

## RECOMMENDATION

Based on Plaintiff's failure to prosecute this case, the court Recommends that the District Court **DISMISS** the case without prejudice.

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within **fourteen (14) days** of being served with a copy, any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 28th day of August, 2018.

BY THE COURT:

DUSTIN B. PEAD
United States Magistrate Judge